## APRIL TERM, 1800.

## Britt and another *vs.* Van Orden.

IN this case a letter was sent by A. B. defendant's attorney, in the month of November last, informing plaintiff's attorney, that special bail was then filed ; the plaintiff relying upon this information, and not intending to object to the sufficiency of the bail, proceeded to enter his judgment in January Term last ; but had discovered since, that bail was not entered till the 29th of January ; it further appeared that the defendant's attorney had acknowledged in his letter, that he was only employed to delay.

*Hopkins* for plaintiff, now moves that the bail piece filed in January be considered as filed on the first day of the preceding November.

*Woods* contra.

*Per Curiam.* This was an irregularity in practice not to be countenanced. Let the plaintiff take the effect of his motion with costs to be paid by the defendant's attorney himself.